FILED
CLERK, U.S. DISTRICT COURT
SEP 14 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&SM INT'L, a South Korea Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GILLI, INC., a California Corporation; HAE YUN SUH, an individual; KORI AMERICA, INC., a California Corporation; JOUNG N. KIM, an individual; UP TEXTILE TRADING, INC., d/b/a K&K TRADING, a California Corporation; MIN HO CHOI, an individual; VANILLA MONKEY LTD., a California Corporation; SEOK EUN KANG, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-05347-SVW-GJS<br><br>[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Judge: Hon. Stephen V. Wilson |

The parties having so stipulated and agreed, Defendants, GILLI, INC., a California Corporation; HAE YUN SUH, an individual; UP TEXTILE TRADING, INC., d/b/a K&K TRADING, a California Corporation; MIN HO CHOI, an individual, are hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: 9/13/18

_____
The Honorable Stephen V. Wilson
United Stated District Court Judge